**SET ASIDE and REMAND and Opinion Filed March 7, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00946-CV**

**CITY OF LONE OAK, TEXAS, Appellant**
**V.**
**LONE OAK INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 91463**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion to dismiss the appeal. They ask that we dismiss the appeal and return the matter "to the trial court so that a final dismissal of all claims may be effectuated." We grant the motion, which we construe as a motion under Texas Rule of Appellate Procedure 42.1(a)(2)(B), set aside the trial court's judgment without regard to the merits, and remand the case

to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220946F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CITY OF LONE OAK, TEXAS,
Appellant

No. 05-22-00946-CV     V.

LONE OAK INDEPENDENT
SCHOOL DISTRICT, Appellee

On Appeal from the 354th District
Court, Hunt County, Texas
Trial Court Cause No. 91463.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Goldstein
participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's judgment without regard to the merits and **REMAND** the case to the trial court for rendition of judgment in accordance with the parties' agreement.

It is **ORDERED** that appellee LONE OAK INDEPENDENT SCHOOL DISTRICT recover its costs of this appeal from appellant CITY OF LONE OAK, TEXAS.

Judgment entered this 7th day of March 2023.